

45 East 34th Street, 5th Floor
New York, New York 10016
Tel.: (212) 594-1035
Email: info@ahnejilaw.com
Website: www.ahnejilaw.com

July 8, 2024

*Via ECF*
Hon. Vera M. Scanlon, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 13A – South Wing
Brooklyn, New York 11201

    Re: Scarlett Wilson, et al. v. Sycamore Lee Corp., et al.
       Case No.: 1:22-cv-00249-CBA-VMS

Dear Judge Scanlon:

  This office represents the Defendants, Sycamore Lee Corp. d/b/a Sycamore and Kathie Jung Lee ("Defendants"), in the above-referenced matter. Plaintiffs and Defendants jointly write this letter per Your Honor's Order, dated July 5, 2024, regarding withdrawal of Paragraph 11 of the Parties' Settlement Agreement.

  The Parties hereby withdraw Paragraph 11 (Waiver of Reemployment) of the Settlement Agreement.

  We thank the Court for its time and consideration in this matter.

                Respectfully submitted,

                /s/ Younghoon Ji_____
                **AHNE & JI, LLP**
                By: Younghoon Ji, Esq.